CHARLOTTE POCKROSS, Administratrix, etc., of MORRIS POCKROSS, Deceased, Appellant, v. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Respond-

* See Workmen's Compensation Law, § 56, as amd. by Laws of 1929, chap. 302; U. S. Const. 14th Amendt. § 1; State Const. art. 1, § 19.— [REP.

ent. — Judgment and order reversed, on the law and facts, and new trial granted, with costs to the appellant to abide the event. Opinion per curiam (which opinion is not to be published, not being of general interest). Hill, Rhodes and McNamee, JJ., concur; Van Kirk, P. J., and Hinman, J., dissent and vote to affirm.